UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-20538-CR-FAM

UNITED STATES OF AMERICA

vs.

ADEMOLA O. ADEBAYO,

Defendant.
_____/

**UNDER SEAL**

Per Local Rule 5.4(d), the matter(s) shall remain sealed.
__1__ years; _____ (specific date);
____ permanently; _____ (other).

**SEALING ORDER**

The United States of America, having applied to this Court for an order sealing the United States' *Ex Parte* Application for Post-Indictment Protective Order Pursuant to 21 U.S.C. § 853(e), the United States' Motion To Seal, and any resulting Order, and the Court finding good cause,

**IT IS HEREBY ORDERED** that United States' *Ex Parte* Application for Post-Indictment Protective Order Pursuant to 21 U.S.C. § 853(e), the United States' Motion To Seal, and this Order shall be filed under seal until the Indictment is unsealed; however, the United States may disclose such documents for purposes of effectuating law enforcement goals, including that of seizure and forfeiture.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 27 day of June 2018.

_____
UNITED STATES DISTRICT JUDGE